## CYRIEL AKIN v. STATE.

No. A-6934.   Opinion Filed September 21, 1929.
(280 Pac. 1114.)

Justin Hinshaw, Roy Smith, and Tom W. Cheatwood, for plaintiff in error.

Edwin Dabney, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted of assault with intent to kill, and was sentenced to serve a term of one year in the state penitentiary. The record discloses that at the time charged defendant made an assault upon Jack Lease with a knife, and cut and severely injured the said Lease.

Under the evidence, the defendant received less punishment than he deserved. No briefs have been filed by plaintiff in error. An examination of the record discloses no jurisdictional nor fundamental error.

The case is affirmed.